## Cofer v. Slingluff & Co.

APPEAL from Circuit Court of Cullman.

Tried before Hon. H. C. SPEAKE.

J. E. BROWN & SUMPTER LEA, for appellant.

HEWITT WALKER & PORTER *contra*.

This action was brought by appellees against the appellant, to recover money alleged to have been collecter by defendant as attorney for the plaintiff. Judgment for plaintiff, and defendant appeals. On appeal, motion to strike out a part of the bill of exceptions was granted, and the judgment affirmed.

Opinion by McCLELLAN, J.